FLN (Rev. 4/2004) Deficiency Order                                                                                           Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KENT E HOVIND

      vs                                             Case No. 3:14cv94/RV/CJK

RATIONALWIKI FOUNDATION

## ORDER

Plaintiff Kent E. Hovind's **MOTION REQUESTING LEAVE FROM COURT TO ADD ADDITIONAL DEFENDANT**, received on March 31, 2014, was referred to the undersigned with the following deficiencies:

> The document does not have a proper signature block. The typed or printed name and address (including the inmate identification number) of the party filing the document must be included in the signature block. An original signature must be affixed to any document which is filed in paper form. *See* N.D. Fla. Loc. R. 5.1(B)(5).

> The document is not double-spaced as required by N.D. Fla.Loc.R. 5.1(B)(3).

For these reasons, IT IS ORDERED that:

> The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 31st day of March, 2014.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE