UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

Kent E Hovind
plaintiff

v.  Case No. 3:14-cv-94-RV-CJK

The RationalWiki Foundation, et al
defendants

Motion Requesting Leave from Court to Add Additional Defendant

1. On 2/24/14 the plaintiff filed suit against defendant The RationalWiki Foundation alleging Libel, LibelPer Se and Injurious Falsehood in the above referenced complaint.

2. The plaintiff subsequently learned that the RationalWiki Foundation has also incorporated under the name Rational Media Foundation.

3. Based upon the updated identity information regarding the defendant, the plaintiff respectfully asks the court to grant him leave to add Rational Media Foundation as an additional defendant in this complaint.

WHEREFORE the plaintiff prays that the court will grant the relief requested.

Respectfully,

*[signature]*

Kent E Hovind 4/7/2014
#06452-017
FPC Box 9000
Berlin, NH 03570

Filed 0414'14 USDcFln 3PM 0200

⇔06452-017⇔
Kent Hovind Sr.
Berlin Federal Prison Camp
PO Box 9000
Berlin, NH 03570
United States

⇔06452-017⇔
Court Clerk
1 Palafox PL
Federal Courthouse
Pensacola, FL 32502
United States

WHITE RIVER JUNCTION
VT 050 2 L
15 APR 2014 PM