FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KENT HOVIND

      vs                                              Case No.3:14cv94-RV/CJK

RATIONLWIKI FOUNDATION

## ORDER

Your document regarding address change, received by the clerk's office on 5/15/2014, was referred to the undersigned with the following deficiencies:

> Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.
>
> The address FPC Maxwell AFB, Montgomery, AL 36112 is insufficient.

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

DONE and ORDERED this 19th day of MAY, 2014.

                                              *s/ Charles J. Kahn, Jr.*
                                              CHARLES J. KAHN, JR.
                                              UNITED STATES MAGISTRATE JUDGE