UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENT E. HOVIND,

    Plaintiff,

v.                                          Case No. 3:14cv94/RV/CJK

THE RATIONALWIKI FOUNDATION,

    Defendant.
_____/

## ORDER

    Plaintiff, a prisoner proceeding *pro se*, brought this action under 28 U.S.C. §1332(a), asserting state law claims for libel, libel *per se*, and injurious falsehood against the defendant (doc. 1). In a prior order, the undersigned indicated that service of the complaint was appropriate but that, before service could be ordered, plaintiff was required to submit one complete and identical copy of his complaint. The undersigned also advised that, to continue the prosecution of the case and to more expeditiously complete service of process, plaintiff was required to sign and return a Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners and Pro Se Plaintiffs Proceeding In Forma Pauperis) form for the defendant. Finally, the undersigned advised that, upon receipt of the service copy and signed Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners and Pro Se Plaintiffs Proceeding In Forma Pauperis) form, the undersigned

would direct the United States Marshals Service ("USMS") to serve the defendant.

Plaintiff has complied with the undersigned's order and provided a service copy of his complaint and a signed Notice of Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners and Pro Se Plaintiffs Proceeding In Forma Pauperis) form. Service, therefore, shall be ordered. Having paid the filing fee, plaintiff is not entitled under 28 U.S.C. § 1915(d) or Federal Rule of Civil Procedure 4(c)(3) to have process served at no cost to him. Before requiring plaintiff to hire a process server to effect personal service upon the defendant, however, the court will direct the USMS to attempt to obtain defendant's waiver of service by mail. If such attempt fails, plaintiff shall be directed to arrange for the services of a professional process server – **at his own expense** – in order to effect personal service.

Accordingly, it is **ORDERED**:

1. Within **fourteen (14) days** of the date of this order, plaintiff shall provide to the court the name and address of the officer, managing or general agent, or other agent authorized to receive service of process on behalf of the defendant. *See* Fed. R. Civ. P. 4(d)(1)(A)(ii).

2. Once that information is received, the clerk of court shall issue a summons for the defendant indicating that defendant has sixty (60) days in which to file a response to the complaint. The clerk shall refer the summons to the USMS, along with a copy of this order, the service copy of the complaint, the completed Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners and Pro Se Plaintiffs Proceeding In Forma Pauperis) form, and two AO-399

forms (Waiver of the Service of Summons) (prepared by the clerk).[1]

3. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the USMS shall attempt to obtain a waiver of service from the defendant by mailing a copy of plaintiff's complaint, a copy of this order, the Notice of Lawsuit form, two (2) AO-399 forms, and a prepaid means of compliance to the defendant, at the address provided by plaintiff, through first class mail.  <u>The USMS shall mail the forms to the defendant as soon as practicable</u>.  If, after thirty (30) days from the mailing of the waiver of service form defendant has not returned the waiver of service form (AO-399 form), the USMS shall so notify the court. .

4. The defendant shall have **SIXTY (60) DAYS** in which to file a response to the complaint if defendant returns the waiver of service form.  Fed. R. Civ. P. 4(d)(3).

5. Counsel for the defendant shall file a notice of appearance within **THIRTY (30) DAYS** of the date of service.

6. **The clerk shall refer this file to the undersigned if a waiver form is returned for insufficient address or** ~~for any~~ **other** ~~similar~~ **reason.**

7. **In any event, the clerk shall refer this file to the undersigned forty-five (45) days from the date of this order.**

**DONE AND ORDERED** this 13th day of April, 2015.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The clerk shall fill in the caption, case number, and name of the plaintiff on both forms.

Case No. 3:14cv94/RV/CJK