UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENT E. HOVIND,

    Plaintiff,

v.        Case No. 3:14cv94/RV/CJK

THE RATIONALWIKI FOUNDATION,

    Defendant.
_____/

<u>ORDER</u>

    On April 13, 2015, the undersigned entered an order providing for service of plaintiff's complaint and directing plaintiff to provide to the court, within fourteen days, the name and address of the officer, managing or general agent, or other agent authorized to receive service of process on behalf of the defendant (doc. 12).  More than fourteen days has passed and plaintiff has failed to comply with the court's order.  Plaintiff's present confinement does not relieve him of the obligation of informing the court upon whom service may be made.  Plaintiff shall have fourteen (14) days from the date of this order in which to show cause why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court.

**DONE AND ORDERED** this 30th day of April, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**