1. U.S. DIST. COURT N. DIST. OF FL
   PENSACOLA DIV.

HOVIND       /
v.           /   3:14 cv 94/RV/CJK
WIKI         /

RE: REPLY TO DOC. 10.

I, KENT HOVIND, HAVE BEEN MOVED FIVE TIMES* AND THE "NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS (FOR PRISONERS AND PRO SE IN FORMA PAUPERIS)" HAS NEVER BEEN SENT TO ME OR THE GAURDS LOST IT DURING SHAKE DOWNS, WHICH IS COMMON.

* 5 TIMES FROM 3/15/15 TO THE PRESENT.

PLEASE SEND THE FORM A.S.A.P., AND I'LL SEND ALL BACK AS INSTRUCTED.

5-7-15           _Kent E Hovind_
                 KENT E HOVIND

1) U.S. DIST. COURT N. DIST. OF FL
PENSACOLA DIV.

HOVIND
v.
WIKI

3:14 CV 94/RV/CJK

2) RE: NOTICE OF <u>NEW</u> MAILING ADDRESS.

3) KENT HOVIND
BOX 7129
MILTON, FLORIDA
32572

4) 5-7-15

*Kent E Hovind*

KENT E HOVIND

KENT HOVIND
BOX 7129
MILTON, FLA
         32572



this mail has been generated by an inmate the Santa Rosa County Jail and has not been censored.

**PRIVILEGED**

CLERK OF THE COURT
FEDERAL COURTHOUSE
1 N. PALAFOX ST
PENSACOLA, FLORIDA
            32502