UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENT E. HOVIND,
    Plaintiff,

v.                                      Case No. 3:14cv94/RV/CJK

THE RATIONALWIKI FOUNDATION,
    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 18, 2015 (doc. 17). Plaintiff has not been afforded a copy of the Report and Recommendation because he has not provided the court with an updated address since his release from federal custody. Nevertheless, having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to keep the court apprised of his mailing address, so that this matter might proceed in an orderly fashion.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of December, 2015.

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**